UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MATTHEW ROSENBERG, )<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>SPICY BEAR MEDIA LLC, )<br>KYLE J. REDINGER, individually, )<br>and JOHN DOES 1-10, )<br>        Defendants. )<br>) | CASE NO. 3:09-CV-37 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties having reached a settlement in the above-captioned action, hereby agree and stipulate that the entire action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear its own attorneys' fees, costs and expenses.

This 20th day of June, 2009.

Respectfully submitted,

_____
PETER J. CARAMANIS, ESQ.
VSB No. 43447
Tremblay & Smith, LLP
P. O. Box 1585
105-109 East High Street
Charlottesville, Virginia 22902
Phone (434) 977-4455
Facsimile (434) 979-1221
Email: Pete.Caramanis@tremblaysmith.com
*Attorneys for Plaintiff*

_____
KYLE REDINGER
For himself and on behalf of
Spicy Bear Media LLC
*Defendants*